# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>   Plaintiff,<br><br>   v.<br><br>Jacmar Sunset Partners, L.P., a California Limited Partnership; SCO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case: 2:14-CV-06144-CBM-RZ<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: Oct. 14, 2014

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE